FILED

05/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0623

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 21-0623

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

BRANDON JEROME LAMBRIGHT,

      Defendant and Appellant,

## ORDER

Upon consideration of counsel's motion to withdraw as counsel of record, and good cause appearing,

IT IS HEREBY ORDERED that the Defendant and Appellant in this matter shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellant's counsel.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel of record and to the Defendant and Appellant at his last known address.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 15 2023